ROBERT W. LUECK, ESQ.
Nevada Bar No. 001489
617 Hoover Avenue
Las Vegas, NV 89101
Phone: (702) 385-7385
Fax:   (702) 385-3225
Email: Luecklawcenter@yahoo.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN BUSH, an individual;<br>JAMES BUSH, an individual;<br><br>　　　Plaintiffs,<br><br>vs.<br><br>STEVEN B. WOLFSON, CLARK COUNTY DISTRICT ATTORNEY;<br>DENA I. RINETTI, CHIEF DEPUTY DISTRICT ATTORNEY<br>And DOES 1-10, inclusive<br><br>　　　Defendants. | CASE NO.　2:19-cv-01096-RFB-VCF<br><br><br><br><br><br><br><br><br><br>FIRST REQUEST BY PLAINTIFFS |

STIPULATION TO EXTEND TIME FOR FILING OPPOSITION TO MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT AND STAY OF DISCOVERY (#s 8 & 9)

It is hereby stipulated between counsel for the respective parties that the plaintiffs shall have an extension of time to and including Friday, August 9, 2019 within which to file oppositions to the Motion to Dismiss Plaintiffs' Complaint (#8) and Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss (#9) filed on July 18, 2019.

The extension is requested because of the time needed to prepare detailed oppositions to the motions. Plaintiffs' counsel is semi-retired and does not employ a paralegal on a full time basis. The legal research has been done but preparation of the

motions will take several hours to complete and file. It will not be possible to complete the opposition by August 1, 2019

This is the first request for extension by plaintiffs' counsel.

DATED this 1st day of August 1, 2019.

| Submitted by | IT IS SO STIPULATED |
|---|---|
| /s/ Robert W. Lueck | /s/ Stephanie A. Barker |
| ROBERT W. LUECK, ESQ.<br>Counsel for plaintiffs | STEPHANIE A. BARKER, ESQ<br>Olson, Cannon, Gormley, et al<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Counsel for defendants |

(Electronic signatures added after permission given by counsel)

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of August, 2019.

2