STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:   702-383-0701
Email: sbarker@ocgas.com
Attorney for DEFENDANTS
   STEVEN B. WOLFSON and DENA I. RINETTI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| KRISTIN BUSH, an individual;<br>JAMES BUSH, an individual,<br><br>              Plaintiffs,<br><br>vs.<br><br>STEVEN B. WOLFSON, CLARK COUNTY DISTRICT ATTORNEY; DENA I. RINETTI, CHIEF DEPUTY DISTRICT ATTORNEY; and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO. 2:19-cv-01096-RFB-VCF |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO DECLARE NRS 200.208 UNCONSTITUTIONAL (ECF 21),
AND FOR DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION (ECF 22)
(First Request)**

IT IS HEREBY STIULATED AND AGREED by and between Defendants Steven B. Wolfson and Dena I. Rinetti, through their counsel STEPHANIE A. BAKER, ESQ. of the law firm of Olson Cannon Gormley & Stoberski, and by Plaintiffs Kristin Bush and James Bush through their attorney ROBERT W. LUECK, ESQ., that date for Defendants' Responses to Plaintiffs' Motion to Declare NRS 200.208 Unconstitutional (ECF 21 – filed December 31,

2019) and Plaintiffs' Motion for Preliminary and Permanent Injunction (ECF 22 – filed December 31, 2019), be extended from January 14, 2020 to January 29, 2020, due to the volume and simultaneous filing of the two motions.

IT IS FURTHER STIPULATED AND AGREED that because Plaintiff's counsel will be out of the country from January 31, 2020, to February 20, 2020, the due date for Plaintiffs' Reply to Defendants' Responses to the Motions (ECF 21 and ECF 22), be extended to March 6, 2020. Although Plaintiffs have requested oral argument on the pending motions, as of the date of this filing no hearing date has been set.

This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court and is the **First Request** for an extension of time concerning response to the subject motions.

For the foregoing reasons, it is respectfully requested that this honorable Court extend the filing deadlines as set forth herein.

DATED this 7th day of January, 2020.   DATED this 7th day of January, 2020.

By: /s/ Stephanie A. Barker
    STEPHANIE A. BARKER, ESQ.
    Nevada Bar No. 003176
    OLSON CANNON GORMLEY & STOBERSKI
    9950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorney for Defendants
        WOLFSON and RINETTI

By: /s/ Robert W. Lueck
    ROBERT W. LUECK, ESQ.
    Nevada Bar No. 001489
    617 Hoover Avenue
    Las Vegas, Nevada 89101
    Attorney for Plaintiffs KRISTIN
        BUSH and JAMES BUSH

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of January, 2020.